IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-2620-AP

Endrew F., a minor, by and through his parents and next friends, JOSEPH and JENNIFER F.,

Petitioner,

v.

**DOUGLAS COUNTY SCHOOL DISTRICT RE 1,**

Respondent.

---

## JOINT CASE MANAGEMENT PLAN FOR PETITIONS FOR REVIEW OF AGENCY ACTION

---

### 1. APPEARANCES OF COUNSEL

For Petitioner: Jack D. Robinson, 1660 Lincoln Street, Suite 2220, Denver, Colorado 80264

For Respondent: Robert S. Ross, 620 Wilcox Street, Castle Rock, CO 80104

### 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

This Court has jurisdiction to hear this matter pursuant to 20 U.S.C. § 1415(i)(2)(A), which provides that any party aggrieved by the findings and decision of an impartial due process hearing conducted pursuant to the Individuals With Disabilities Education Act (IDEA), 20 U.S.C. § 1415(f) shall have the right to bring a civil action in the district court of the United States without regard to the amount in controversy.

### 3. DATES OF FILING OF RELEVANT PLEADINGS

| | | |
|---|---|---|
| A. | Date Petition for Review Was Filed: | October 2, 2012 |
| B. | Date Petition for Review Was Served on Respondent: | October 30, 2012 |

1

    C.    Date Answer or Other Response Was Filed:    November 30, 2012

4. **STATEMENT(S) REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Not applicable.

5. **OTHER MATTERS**

Pursuant to 20 U.S.C. 1415 (i)(2)(C)(ii), unless the parties agree otherwise, the Respondent intends to request that the Court hear additional evidence on a narrowly-limited issue, namely the admission of certain documents not admitted in the administrative proceeding.

6. **BRIEFING SCHEDULE**

    A.    Deadline for Filing Administrative Record:    December 31, 2012

    B.    Deadline for Parties to Confer on Record Disputes:    January 14, 2013

    C.    Deadline for Filing Motions to Complete and/or Supplement the Administrative Record:    February 14, 2013

    D.    Petitioner's Opening Brief Due:    March 15, 2013

    E.    Respondent's Response Brief Due:    April 15, 2013

    F.    Petitioner's Reply Brief Due:    April 30, 2013

7. **STATEMENTS REGARDING ORAL ARGUMENT**

    A.    Petitioner's Statement:    Petitioner does not request oral argument

    B.    Respondent's Statement:    Respondent does not request oral argument

8. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

The parties do not consent to the exercise of jurisdiction by a magistrate judge.

9. **OTHER MATTERS**

Not applicable.

10. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties filing motions for extension of time or continuances must comply with D.C.COLO.LCIVR 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client and all attorneys of record. The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this day of 12/20, 2012.

BY THE COURT:

s/ John L. Kane
U.S. DISTRICT COURT JUDGE JOHN L. KANE

APPROVED:

SPIES, POWERS & ROBINSON, P.C.

_____
Jack D. Robinson, #22037
1660 Lincoln Street, Suite 2220
Denver, Colorado 80264
Telephone: (303) 830-7090
Email: robinson@sprlaw.net
**Attorney for Petitioner**

_____
Robert S. Ross
Legal Counsel
Douglas County Sch. District RE-1
620 Wilcox Street
Castle Rock, Colorado 80104
Telephone: (303) 387-0275
Email: rsross@dcsdk12.org
**Attorney for Respondent**