IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02620-LTB

ENDREW F., a minor, by and through his parents and next friends, JOSEPH F. and
JENNIFER F.,

     Plaintiffs,

v.

DOUGLAS COUNTY SCHOOL DISTRICT RE 1,

     Defendant.

---

**FINAL JUDGMENT**

---

     Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed

by the Honorable Lewis T. Babcock on September 15, 2014, incorporated herein by

reference, it is

     ORDERED that the Administrative Court Agency Decision is AFFIRMED.  It is

     FURTHER ORDERED that final judgment is hereby entered in favor of

Defendant, Douglas County School District RE 1 and against Plaintiffs, Endrew F.,

Joseph F., and Jennifer F.  It is

     FURTHER ORDERED that this civil action and complaint are DISMISSED with

prejudice.

     DATED at Denver, Colorado this __15th__ day of September, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


By: s/E. Seamon
        E. Seamon, Deputy Clerk