**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**April 24, 2017**

**Elisabeth A. Shumaker**
**Clerk of Court**

---

ENDREW F., a minor, by and through his parents and next friends, JOSEPH F.; JENNIFER F.,

    Plaintiffs - Appellants,

v.

DOUGLAS COUNTY SCHOOL DISTRICT RE-1,

    Defendant - Appellee.

No. 14-1417
(D.C. No. 1:12-CV-02620-LTB)
(D. Colo.)

---

## ORDER

---

Before **TYMKOVICH**, Chief Judge, **HARTZ**, and **PHILLIPS**, Circuit Judges.

---

The Supreme Court of the United States entered a judgment on March 21, 2017 reversing the judgment of this court and remanding the cause for further proceedings.

Upon further consideration, the mandate issued to the United States District Court for the District of Colorado on October 2, 2015 is recalled and the judgment of this court filed August 25, 2015 is vacated.

Counsel will be notified if this court desires further briefing prior to disposition of

this appeal upon remand.

                Entered for the Court

                *Elisabeth A. Shumaker*

                ELISABETH A. SHUMAKER, Clerk