# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  12-CV-02620-LTB

Endrew F., a minor, by and through his parents and next friends, JOSEPH and JENNIFER F.,

Petitioners,

v.

DOUGLAS COUNTY SCHOOL DISTRICT RE-1,

Respondent.

## RESPONDENT'S NOTICE OF APPEAL

Notice is hereby given that the Douglas County School District Re-1, Respondent in the above-captioned case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the District Court's Order reversing the Administrative Court Agency Decision entered in this matter on February 12, 2018.

      Respectfully submitted,

      /s/Wendy A. Jacobs
      Wendy Jacobs, Deputy General Counsel
      DOUGLAS COUNTY SCHOOL DISTRICT RE-1
      620 Wilcox St.
      Castle Rock, CO 80104
      303-387-0197
      wendy.jacobs@dcsdk12.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Jack D. Robinson, Esq.
Spies, Powers & Robinson, P.C.
950 South Cherry Street, Suite 700
Denver, CO  80246
robinson@sprlaw.net
Attorney for Petitioner

/s/Wendy A. Jacobs
Deputy General Counsel