IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-2620-LTB-MEH

**Endrew F., a minor, by and through his parents and next friends, JOSEPH and JENNIFER F.,**

Petitioner,

v.

**DOUGLAS COUNTY SCHOOL DISTRICT RE 1,**

Respondent.

---

### NOTICE OF SETTLEMENT
---

Petitioner, Endrew F., a minor, by and through his parents and next friends, Joseph F. and Jennifer F., through counsel Spies, Powers & Robinson, P.C., submit the following Notice of Settlement. The parties have resolved all issues between them and have reached an agreement regarding the amount of reimbursement and attorney fees and costs owed by Douglas County School District RE 1 pursuant to the Court's Order dated February 12, 2018..

Respectfully submitted on April 19, 2018,

**SPIES, POWERS & ROBINSON, P.C.**

*/s/ Jack D. Robinson*
Jack D. Robinson, #22037
950 South Cherry Street, Suite 700
Denver, Colorado  80246
Telephone: (303) 830-7090
Facsimile:  (303) 830-7089
**Attorneys for Petitioner**

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 19, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Wendy Jacobs
General Counsel
620 Wilcox Street
Castle Rock, CO 80104
*Attorney for Respondent*

W. Stuart Stuller
Caplan & Earnest, P.C.
1800 Broadway, Suite 200
Boulder, CO 80302
*Attorney for Respondent*

*/s/ Mary Lakey*