IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-2620-LTB-MEH

**Endrew F., a minor, by and through his parents and next friends, JOSEPH and JENNIFER F.,**

Petitioner,

v.

**DOUGLAS COUNTY SCHOOL DISTRICT RE 1,**

Respondent.

_____

### STIPULATION FOR DISMISSAL WITH PREJUDICE
_____

Petitioner, Endrew F., a minor, by and through his parents and next friends, Joseph F. and Jennifer F., and Douglas County School District RE-1, through their respective counsel, having fully settled and resolved all claims pending in the within action, stipulate to the dismissal with prejudice of this civil action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted on May 7, 2018,

| | |
|---|---|
| **SPIES, POWERS & ROBINSON, P.C.** | **DOUGLAS COUNTY SCH. DIST. RE-1** |
| */s/ Jack D. Robinson* | /s/Wendy A. Jacobs |
| Jack D. Robinson, #22037 | Wendy Jacobs |
| 950 South Cherry Street, Suite 700 | Deputy General Counsel |
| Denver, Colorado 80246 | 620 Wilcox St. |
| Phone: (303) 830-7090 | Castle Rock, CO 80104 |
| **Attorneys for Petitioner** | Phone: (303) 387-0197 |
| | **Attorney for Respondent** |

## CERTIFICATE OF SERVICE

      I hereby certify that on May 7, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

W. Stuart Stuller
Caplan & Earnest, P.C.
1800 Broadway, Suite 200
Boulder, CO 80302
*Attorney for Respondent*

                                        */s/ Mary Lakey*