IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 12-cv-02620-LTB-MEH

ENDREW F., a minor, by and through his parents and next friends,
    JOSEPH & JENNIFER F.,

        Petitioners,

v.

DOUGLAS COUNTY SCHOOL DISTRICT RE 1,

        Respondent.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 78 - filed May 7, 2018), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

        BY THE COURT:

        s/Lewis T. Babcock
        Lewis T. Babcock, Judge

DATED: May 8, 2018